IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. CIV S-11-2686 KJM CKD

     vs.

ALCANTAR, et al.,                 ORDER

      Defendants.

_____/

        On July 23, 2012, the court directed plaintiff to show cause why the action should not be dismissed for his failure to prosecute. Plaintiff filed a request for a dismissal of the action without prejudice but has not otherwise responded to the court's order to show cause. His request, as with other filings in this case, was not served on the pro se defendant who has appeared or any of the nonappearing defendants with whom plaintiff reportedly has settled.

        Because plaintiff has not explained why this case should not be dismissed he has not responded to the order to show cause. Accordingly, the case is dismissed with prejudice. FED.R. CIV. P. 41(b).

        IT IS SO ORDERED.

DATED: August 22, 2012.

                                          UNITED STATES DISTRICT JUDGE